HARRY HANSEN, an Infant, by OTTO HANSEN, His Guardian ad Litem, Appellant, v. HENRY STOLL, JR., by His Guardian ad Litem, HENRY STOLL, SR., Respondent.— Judgment reversed on the law and a new trial granted, costs to abide the event. When an automobile comes in contact with a tree off the traveled portion of the road under the circumstances shown here, including the physical condition of the car, with marks from a sliding of the wheels due to the application of brakes indicative of excessive speed, lack of control or negligence, sufficient is established to

* Affd., 262 N. Y. —.

require the defense to overcome the *prima facie* showing of negligence thus arising. The nonsuit was error. Lazansky, P. J., Kapper, Carswell, Scudder and Davis, JJ., concur.